JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nelson Chilin,<br><br>        Plaintiff,<br><br>v.<br><br>Latinos Barber Shop LLC et al,<br><br>        Defendants. | Case No. 5:25-cv-01010-SVW-MAA<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**(PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41)** |

On August 15, 2025, Plaintiff filed a Notice of Voluntary Dismissal to dismiss the entire action with prejudice.

IT IS THERFORE ORDERED AND ADJUDGED that this action is **DISMISSED, WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated:  September 4, 2025

_____

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

1.